**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jason N. Grim                                      CHAPTER 13
         Blanca M. Grim
                     Debtor(s)                         BKY. NO. 21-11892 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Rebecca Solarz*
                                         Rebecca Solarz
                                         15 Jul 2021, 12:14:35, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322