**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  **JASON N. GRIM** | : | **CHAPTER 13** |
| **BLANCA M. GRIM** | : | |
| **Debtors** | : | **NO. 21-11892** |

## <u>ORDER</u>

AND NOW, this   21st  day of      July, 2021, upon consideration of the Motion for

Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby

ORDERED that the Debtors be granted an extension to **August 3, 2021** in which to file the

Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months'

income information.

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge