# Earnings Statement

| | |
|---|---|
| Air Products and Chemicals, Inc.<br>7201 Hamilton Blvd.<br>Allentown, PA 18195-1501 | Payroll :Bi-weekly (Sal Ex)<br>Pay period :06/28/2021 to 07/11/2021<br>Pay Date :07/08/2021 |

| Name | :**Mr Jason N Grim**<br>2175 Light Horse Harry<br>Macungie PA  18062 |
|---|---|
| Personnel No: | 00124629 |
| SSN | :**XXX-XX-8413** |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Federal | Married | 10 | 0.00 |
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| **3,301.96** | | **4,770.20** | | **279.01** | | **802.04** | | **387.19** |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Hrs/Mile | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Base Rate - Salary | | | 80.00 | 4,770.20 | 4,770.20 | 66,201.05 |
| **Earnings Total** | | | | **4,770.20** | **4,770.20** | **66,201.05** |
| **IMPUTED INCOME/THIRD PARTY PAYMENTS** | | | | | | |
| EE GTLI Taxable | | 1.00 | | 9.91 | 9.91 | 127.28 |
| **Total** | | | | **9.91** | **9.91** | **127.28** |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Delta PPO 1500 - EE | | 1.00 | | 5.05 | 5.05 | 65.65 |
| PPO 2500 w/HSA - EE | | 1.00 | | 116.65 | 116.65 | 1,516.45 |
| Opt Accident Ins - E | | 1.00 | | 5.26 | 5.26 | 68.38 |
| Long Term Disability | | 1.00 | | 10.39 | 10.39 | 133.77 |
| HSA BT | | 1.00 | | 141.66 | 141.66 | 1,841.60 |
| **Total** | | | | **279.01** | **279.01** | **3,625.85** |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Accident Ins Enh - E | | 1.00 | | 21.87 | 21.87 | 284.31 |
| Suppl Life-Emp - EE | | 1.00 | | 61.50 | 61.50 | 799.50 |
| Suppl Life-Spouse - | | 1.00 | | 1.04 | 1.04 | 13.52 |
| Suppl Life-Child - E | | 1.00 | | 0.36 | 0.36 | 4.68 |
| Roth After Tax | | 1.00 | | 286.21 | 286.21 | 3,972.04 |
| Group Legal | | 1.00 | | 8.88 | 8.88 | 115.44 |
| Identity Theft | | 1.00 | | 7.33 | 7.33 | 95.29 |
| **Total** | | | | **387.19** | **387.19** | **5,284.78** |
| **TAXES** | | | | | | |
| **Federal** | **Federal** | | | | | |
| TX Withholding Tax | | | | 270.06 | 270.06 | 3,743.28 |
| TX EE Social Securit | | | | 279.06 | 279.06 | 3,887.55 |
| TX EE Medicare Tax | | | | 65.27 | 65.27 | 909.19 |
| **State** | **Pennsylvania** | | | | | |
| TX Withholding Tax | | | | 137.88 | 137.88 | 1,921.09 |
| TX EE Unemployment T | | | | 2.86 | 2.86 | 39.72 |
| **City** | **Lower Macungie Township** | | | | | |
| TX Withholding Tax | | | | 44.91 | 44.91 | 625.73 |
| **City** | **Upper Macungie Township** | | | | | |
| TX Local Services Ta | | | | 2.00 | 2.00 | 28.00 |
| **Total** | | | | **802.04** | **802.04** | **11,154.56** |
| **TAXABLE EARNINGS** | | | | | | |
| **Federal** | **Federal** | | | | | |
| RE Withholding Tax | | | | 4,501.10 | 4,501.10 | 62,702.48 |
| RE EE Social Securit | | | | 4,501.10 | 4,501.10 | 62,702.48 |
| RE EE Medicare Tax | | | | 4,501.10 | 4,501.10 | 62,702.48 |
| **State** | **Pennsylvania** | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 62,575.20 |
| RE EE Unemployment T | | | | 4,770.20 | 4,770.20 | 66,201.05 |
| **City** | **Lower Macungie Township** | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 62,575.20 |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Bank transfer (ACH PPD) | **APCI Federal Credit Union** | 0012462900334001 | 3,301.96 | USD |

# Earnings Statement

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll      : Bi-weekly (Sal Ex)
Pay period   : 06/28/2021 to 07/11/2021
Pay Date     : 07/08/2021

| Name | : **Mr Jason N Grim** |
|---|---|
| | 2175 Light Horse Harry |
| | Macungie PA  18062 |
| Personnel No: | 00124629 |
| SSN | : **XXX-XX-8413** |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |
| Federal | Married | 10 | 0.00 |

| **Check Amount** | = | **Gross** | - | **Tax Exempt Ded** | - | **Taxes** | - | **Non Tax Exempt Ded** |
|---|---|---|---|---|---|---|---|---|
| 3,301.96 | | 4,770.20 | | 279.01 | | 802.04 | | 387.19 |

**LEAVE BALANCES**

| Type | Entitlement | Balance |
|---|---|---|
| Sick | 40.00000 Hours | 40.00000 |

# Earnings Statement

**Air Products and Chemicals, Inc.**
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll      : Bi-weekly (Sal Ex)
Pay period   : 06/14/2021 to 06/27/2021
Pay Date     : 06/24/2021

| Name | : **Mr Jason N Grim** |
|---|---|
|  | 2175 Light Horse Harry |
|  | Macungie PA  18062 |
| Personnel No: | 00124629 |
| SSN | : **XXX-XX-8413** |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Federal | Married | 10 | 0.00 |
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township |  | 00 | 0.00 |
| Upper Macungie Township |  | 00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| **3,301.95** |  | **4,770.20** |  | **279.01** |  | **802.05** |  | **387.19** |

### EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Hrs/Mile | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** |  |  |  |  |  |  |
| Base Rate - Salary |  |  | 80.00 | 4,770.20 | 4,770.20 | 61,430.85 |
| **Earnings Total** |  |  |  | **4,770.20** | **4,770.20** | **61,430.85** |
| **IMPUTED INCOME/THIRD PARTY PAYMENTS** |  |  |  |  |  |  |
| EE GTLI Taxable |  | 1.00 |  | 9.91 | 9.91 | 117.37 |
| **Total** |  |  |  | **9.91** | **9.91** | **117.37** |
| **TAX-EXEMPT DEDUCTIONS** |  |  |  |  |  |  |
| Delta PPO 1500 - EE |  | 1.00 |  | 5.05 | 5.05 | 60.60 |
| PPO 2500 w/HSA - EE |  | 1.00 |  | 116.65 | 116.65 | 1,399.80 |
| Opt Accident Ins - E |  | 1.00 |  | 5.26 | 5.26 | 63.12 |
| Long Term Disability |  | 1.00 |  | 10.39 | 10.39 | 123.38 |
| HSA BT |  | 1.00 |  | 141.66 | 141.66 | 1,699.94 |
| **Total** |  |  |  | **279.01** | **279.01** | **3,346.84** |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** |  |  |  |  |  |  |
| Accident Ins Enh - E |  | 1.00 |  | 21.87 | 21.87 | 262.44 |
| Suppl Life-Emp - EE |  | 1.00 |  | 61.50 | 61.50 | 738.00 |
| Suppl Life-Spouse - |  | 1.00 |  | 1.04 | 1.04 | 12.48 |
| Suppl Life-Child - E |  | 1.00 |  | 0.36 | 0.36 | 4.32 |
| Roth After Tax |  | 1.00 |  | 286.21 | 286.21 | 3,685.83 |
| Group Legal |  | 1.00 |  | 8.88 | 8.88 | 106.56 |
| Identity Theft |  | 1.00 |  | 7.33 | 7.33 | 87.96 |
| **Total** |  |  |  | **387.19** | **387.19** | **4,897.59** |
| **TAXES** |  |  |  |  |  |  |
| **Federal** | Federal |  |  |  |  |  |
| TX Withholding Tax |  |  |  | 270.06 | 270.06 | 3,473.22 |
| TX EE Social Securit |  |  |  | 279.07 | 279.07 | 3,608.49 |
| TX EE Medicare Tax |  |  |  | 65.27 | 65.27 | 843.92 |
| **State** | Pennsylvania |  |  |  |  |  |
| TX Withholding Tax |  |  |  | 137.88 | 137.88 | 1,783.21 |
| TX EE Unemployment T |  |  |  | 2.86 | 2.86 | 36.86 |
| **City** | Lower Macungie Township |  |  |  |  |  |
| TX Withholding Tax |  |  |  | 44.91 | 44.91 | 580.82 |
| **City** | Upper Macungie Township |  |  |  |  |  |
| TX Local Services Ta |  |  |  | 2.00 | 2.00 | 26.00 |
| **Total** |  |  |  | **802.05** | **802.05** | **10,352.52** |
| **TAXABLE EARNINGS** |  |  |  |  |  |  |
| **Federal** | Federal |  |  |  |  |  |
| RE Withholding Tax |  |  |  | 4,501.10 | 4,501.10 | 58,201.38 |
| RE EE Social Securit |  |  |  | 4,501.10 | 4,501.10 | 58,201.38 |
| RE EE Medicare Tax |  |  |  | 4,501.10 | 4,501.10 | 58,201.38 |
| **State** | Pennsylvania |  |  |  |  |  |
| RE Withholding Tax |  |  |  | 4,491.19 | 4,491.19 | 58,084.01 |
| RE EE Unemployment T |  |  |  | 4,770.20 | 4,770.20 | 61,430.85 |
| **City** | Lower Macungie Township |  |  |  |  |  |
| RE Withholding Tax |  |  |  | 4,491.19 | 4,491.19 | 58,084.01 |

### PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Bank transfer (ACH PPD) | **APCI Federal Credit Union** | 0012462900333001 | **3,301.95** | USD |

# Earnings Statement

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll      :Bi-weekly (Sal Ex)
Pay period   :06/14/2021 to 06/27/2021
Pay Date     :06/24/2021

| Name | :**Mr Jason N Grim** |
|---|---|
| | 2175 Light Horse Harry |
| | Macungie PA  18062 |
| Personnel No: | 00124629 |
| SSN | :**XXX-XX-8413** |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |
| Federal | Married | 10 | 0.00 |

| **Check Amount** | = | **Gross** | - | **Tax Exempt Ded** | - | **Taxes** | - | **Non Tax Exempt Ded** |
|---|---|---|---|---|---|---|---|---|
| **3,301.95** | | **4,770.20** | | **279.01** | | **802.05** | | **387.19** |

## LEAVE BALANCES

| Type | Entitlement | Balance |
|---|---|---|
| Sick | 40.00000 Hours | 40.00000 |

# Earnings Statement

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll: Bi-weekly (Sal Ex)
Pay period: 05/31/2021 to 06/13/2021
Pay Date: 06/10/2021

Name: Mr Jason N Grim
2175 Light Horse Harry
Macungie PA 18062
Personnel No: 00124629
SSN: XXX-XX-8413

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Federal | Married | 10 | 0.00 |
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 3,301.95 | | 4,770.20 | | 279.01 | | 802.05 | | 387.19 |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Hrs/Mile | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Base Rate - Salary | | | 80.00 | 4,770.20 | 4,770.20 | 56,660.65 |
| Earnings Total | | | | 4,770.20 | 4,770.20 | 56,660.65 |
| **IMPUTED INCOME/THIRD PARTY PAYMENTS** | | | | | | |
| EE GTLI Taxable | | 1.00 | | 9.91 | 9.91 | 107.46 |
| Total | | | | 9.91 | 9.91 | 107.46 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Delta PPO 1500 - EE | | 1.00 | | 5.05 | 5.05 | 55.55 |
| PPO 2500 w/HSA - EE | | 1.00 | | 116.65 | 116.65 | 1,283.15 |
| Opt Accident Ins - E | | 1.00 | | 5.26 | 5.26 | 57.86 |
| Long Term Disability | | 1.00 | | 10.39 | 10.39 | 112.99 |
| HSA BT | | 1.00 | | 141.66 | 141.66 | 1,558.28 |
| Total | | | | 279.01 | 279.01 | 3,067.83 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Accident Ins Enh - E | | 1.00 | | 21.87 | 21.87 | 240.57 |
| Suppl Life-Emp - EE | | 1.00 | | 61.50 | 61.50 | 676.50 |
| Suppl Life-Spouse - | | 1.00 | | 1.04 | 1.04 | 11.44 |
| Suppl Life-Child - E | | 1.00 | | 0.36 | 0.36 | 3.96 |
| Roth After Tax | | 1.00 | | 286.21 | 286.21 | 3,399.62 |
| Group Legal | | 1.00 | | 8.88 | 8.88 | 97.68 |
| Identity Theft | | 1.00 | | 7.33 | 7.33 | 80.63 |
| Total | | | | 387.19 | 387.19 | 4,510.40 |
| **TAXES** | | | | | | |
| Federal | Federal | | | | | |
| TX Withholding Tax | | | | 270.06 | 270.06 | 3,203.16 |
| TX EE Social Securit | | | | 279.07 | 279.07 | 3,329.42 |
| TX EE Medicare Tax | | | | 65.26 | 65.26 | 778.65 |
| State | Pennsylvania | | | | | |
| TX Withholding Tax | | | | 137.88 | 137.88 | 1,645.33 |
| TX EE Unemployment T | | | | 2.87 | 2.87 | 34.00 |
| City | Lower Macungie Township | | | | | |
| TX Withholding Tax | | | | 44.91 | 44.91 | 535.91 |
| City | Upper Macungie Township | | | | | |
| TX Local Services Ta | | | | 2.00 | 2.00 | 24.00 |
| Total | | | | 802.05 | 802.05 | 9,550.47 |
| **TAXABLE EARNINGS** | | | | | | |
| Federal | Federal | | | | | |
| RE Withholding Tax | | | | 4,501.10 | 4,501.10 | 53,700.28 |
| RE EE Social Securit | | | | 4,501.10 | 4,501.10 | 53,700.28 |
| RE EE Medicare Tax | | | | 4,501.10 | 4,501.10 | 53,700.28 |
| State | Pennsylvania | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 53,592.82 |
| RE EE Unemployment T | | | | 4,770.20 | 4,770.20 | 56,660.65 |
| City | Lower Macungie Township | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 53,592.82 |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Bank transfer (ACH PPD) | APCI Federal Credit Union | 0012462900332001 | 3,301.95 | USD |

# Earnings Statement

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll        :Bi-weekly (Sal Ex)
Pay period  :05/31/2021 to 06/13/2021
Pay Date     :06/10/2021

| Name | :Mr Jason N Grim |
|---|---|
|  | 2175 Light Horse Harry |
|  | Macungie PA  18062 |
| Personnel No: | 00124629 |
| SSN | :XXX-XX-8413 |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township |  | 00 | 0.00 |
| Upper Macungie Township |  | 00 | 0.00 |
| Federal | Married | 10 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 3,301.95 |  | 4,770.20 |  | 279.01 |  | 802.05 |  | 387.19 |

**LEAVE BALANCES**

| Type | Entitlement | Balance |
|---|---|---|
| Sick | 40.00000 Hours | 40.00000 |

7152

# Earnings Statement

**Air Products and Chemicals, Inc.**
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll: Bi-weekly (Sal Ex)
Pay period: 05/17/2021 to 05/30/2021
Pay Date: 05/27/2021

Name: Mr Jason N Grim
2175 Light Horse Harry
Macungie PA 18062
Personnel No: 00124629
SSN: XXX-XX-8413

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Federal | Married | 10 | 0.00 |
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 3,301.95 | | 4,770.20 | | 279.01 | | 802.05 | | 387.19 |

## EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Hrs/Mile | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Base Rate - Salary | | | 80.00 | 4,770.20 | 4,770.20 | 51,890.45 |
| Earnings Total | | | | 4,770.20 | 4,770.20 | 51,890.45 |
| **IMPUTED INCOME/THIRD PARTY PAYMENTS** | | | | | | |
| EE GTLI Taxable | | 1.00 | | 9.91 | 9.91 | 97.55 |
| Total | | | | 9.91 | 9.91 | 97.55 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Delta PPO 1500 - EE | | 1.00 | | 5.05 | 5.05 | 50.50 |
| PPO 2500 w/HSA - EE | | 1.00 | | 116.65 | 116.65 | 1,166.50 |
| Opt Accident Ins - E | | 1.00 | | 5.26 | 5.26 | 52.60 |
| Long Term Disability | | 1.00 | | 10.39 | 10.39 | 102.60 |
| HSA BT | | 1.00 | | 141.66 | 141.66 | 1,416.62 |
| Total | | | | 279.01 | 279.01 | 2,788.82 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Accident Ins Enh - E | | 1.00 | | 21.87 | 21.87 | 218.70 |
| Suppl Life-Emp - EE | | 1.00 | | 61.50 | 61.50 | 615.00 |
| Suppl Life-Spouse - | | 1.00 | | 1.04 | 1.04 | 10.40 |
| Suppl Life-Child - E | | 1.00 | | 0.36 | 0.36 | 3.60 |
| Roth After Tax | | 1.00 | | 286.21 | 286.21 | 3,113.41 |
| Group Legal | | 1.00 | | 8.88 | 8.88 | 88.80 |
| Identity Theft | | 1.00 | | 7.33 | 7.33 | 73.30 |
| Total | | | | 387.19 | 387.19 | 4,123.21 |
| **TAXES** | | | | | | |
| Federal | Federal | | | | | |
| TX Withholding Tax | | | | 270.06 | 270.06 | 2,933.10 |
| TX EE Social Securit | | | | 279.07 | 279.07 | 3,050.35 |
| TX EE Medicare Tax | | | | 65.27 | 65.27 | 713.39 |
| State | Pennsylvania | | | | | |
| TX Withholding Tax | | | | 137.88 | 137.88 | 1,507.45 |
| TX EE Unemployment T | | | | 2.86 | 2.86 | 31.13 |
| City | Lower Macungie Township | | | | | |
| TX Withholding Tax | | | | 44.91 | 44.91 | 491.00 |
| City | Upper Macungie Township | | | | | |
| TX Local Services Ta | | | | 2.00 | 2.00 | 22.00 |
| Total | | | | 802.05 | 802.05 | 8,748.42 |
| **TAXABLE EARNINGS** | | | | | | |
| Federal | Federal | | | | | |
| RE Withholding Tax | | | | 4,501.10 | 4,501.10 | 49,199.18 |
| RE EE Social Securit | | | | 4,501.10 | 4,501.10 | 49,199.18 |
| RE EE Medicare Tax | | | | 4,501.10 | 4,501.10 | 49,199.18 |
| State | Pennsylvania | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 49,101.63 |
| RE EE Unemployment T | | | | 4,770.20 | 4,770.20 | 51,890.45 |
| City | Lower Macungie Township | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 49,101.63 |

## PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Bank transfer (ACH PPD) | APCI Federal Credit Union | 0012462900331001 | 3,301.95 | USD |

# Earnings Statement

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll     :Bi-weekly (Sal Ex)
Pay period  :05/17/2021 to 05/30/2021
Pay Date    :05/27/2021

Name            :Mr Jason N Grim
                2175 Light Horse Harry
                Macungie PA  18062
Personnel No:00124629
SSN             :XXX-XX-8413

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |
| Federal | Married | 10 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 3,301.95 | | 4,770.20 | | 279.01 | | 802.05 | | 387.19 |

## LEAVE BALANCES

| Type | Entitlement | Balance |
|---|---|---|
| Sick | 40.00000 Hours | 40.00000 |

## Earnings Statement

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll       : Bi-weekly (Sal Ex)
Pay period    : 05/03/2021 to 05/16/2021
Pay Date      : 05/13/2021

| Name | : Mr Jason N Grim |
|---|---|
| | 2175 Light Horse Harry |
| | Macungie PA  18062 |
| Personnel No: | 00124629 |
| SSN | : XXX-XX-8413 |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Federal | Married | 10 | 0.00 |
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 3,301.96 | | 4,770.20 | | 279.01 | | 802.04 | | 387.19 |

### EARNINGS AND DEDUCTIONS

| CATEGORY | Retro Amount | Rate | Hrs/Mile | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Base Rate - Salary | | | 80.00 | 4,770.20 | 4,770.20 | 47,120.25 |
| **Earnings Total** | | | | 4,770.20 | 4,770.20 | 47,120.25 |
| **IMPUTED INCOME/THIRD PARTY PAYMENTS** | | | | | | |
| EE GTLI Taxable | | 1.00 | | 9.91 | 9.91 | 87.64 |
| Total | | | | 9.91 | 9.91 | 87.64 |
| **TAX-EXEMPT DEDUCTIONS** | | | | | | |
| Delta PPO 1500 - EE | | 1.00 | | 5.05 | 5.05 | 45.45 |
| PPO 2500 w/HSA - EE | | 1.00 | | 116.65 | 116.65 | 1,049.85 |
| Opt Accident Ins - E | | 1.00 | | 5.26 | 5.26 | 47.34 |
| Long Term Disability | | 1.00 | | 10.39 | 10.39 | 92.21 |
| HSA BT | | 1.00 | | 141.66 | 141.66 | 1,274.96 |
| Total | | | | 279.01 | 279.01 | 2,509.81 |
| **DEDUCTIONS ( NOT TAX-EXEMPT )** | | | | | | |
| Accident Ins Enh - E | | 1.00 | | 21.87 | 21.87 | 196.83 |
| Suppl Life-Emp - EE | | 1.00 | | 61.50 | 61.50 | 553.50 |
| Suppl Life-Spouse - | | 1.00 | | 1.04 | 1.04 | 9.36 |
| Suppl Life-Child - E | | 1.00 | | 0.36 | 0.36 | 3.24 |
| Roth After Tax | | 1.00 | | 286.21 | 286.21 | 2,827.20 |
| Group Legal | | 1.00 | | 8.88 | 8.88 | 79.92 |
| Identity Theft | | 1.00 | | 7.33 | 7.33 | 65.97 |
| Total | | | | 387.19 | 387.19 | 3,736.02 |
| **TAXES** | | | | | | |
| **Federal** | Federal | | | | | |
| TX Withholding Tax | | | | 270.06 | 270.06 | 2,663.04 |
| TX EE Social Securit | | | | 279.07 | 279.07 | 2,771.28 |
| TX EE Medicare Tax | | | | 65.26 | 65.26 | 648.12 |
| **State** | Pennsylvania | | | | | |
| TX Withholding Tax | | | | 137.88 | 137.88 | 1,369.57 |
| TX EE Unemployment T | | | | 2.86 | 2.86 | 28.27 |
| **City** | Lower Macungie Township | | | | | |
| TX Withholding Tax | | | | 44.91 | 44.91 | 446.09 |
| **City** | Upper Macungie Township | | | | | |
| TX Local Services Ta | | | | 2.00 | 2.00 | 20.00 |
| Total | | | | 802.04 | 802.04 | 7,946.37 |
| **TAXABLE EARNINGS** | | | | | | |
| **Federal** | Federal | | | | | |
| RE Withholding Tax | | | | 4,501.10 | 4,501.10 | 44,698.08 |
| RE EE Social Securit | | | | 4,501.10 | 4,501.10 | 44,698.08 |
| RE EE Medicare Tax | | | | 4,501.10 | 4,501.10 | 44,698.08 |
| **State** | Pennsylvania | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 44,610.44 |
| RE EE Unemployment T | | | | 4,770.20 | 4,770.20 | 47,120.25 |
| **City** | Lower Macungie Township | | | | | |
| RE Withholding Tax | | | | 4,491.19 | 4,491.19 | 44,610.44 |

### PAYMENT DETAILS

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| Bank transfer (ACH PPD) | APCI Federal Credit Union | 0012462900330001 | 3,301.96 | USD |

**Earnings Statement**

Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Payroll      : Bi-weekly (Sal Ex)
Pay period   : 05/03/2021 to 05/16/2021
Pay Date     : 05/13/2021

| Name | :Mr Jason N Grim |
|---|---|
| | 2175 Light Horse Harry |
| | Macungie PA 18062 |
| Personnel No: | 00124629 |
| SSN | :XXX-XX-8413 |

| Tax Information | Status | Exemptions | Additional |
|---|---|---|---|
| Pennsylvania | Single | 00 | 0.00 |
| Lower Macungie Township | | 00 | 0.00 |
| Upper Macungie Township | | 00 | 0.00 |
| Federal | Married | 10 | 0.00 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 3,301.96 | | 4,770.20 | | 279.01 | | 802.04 | | 387.19 |

**LEAVE BALANCES**

| Type | Entitlement | Balance |
|---|---|---|
| Sick | 40.00000 Hours | 40.00000 |