UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jason N. Grim<br>    Blanca M Grim<br><br>                Debtors | Chapter 13<br>Bankruptcy No.21-11892-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 29th day of October, 2021, by first class mail upon those listed below:

Jason N. Grim
Blanca M Grim
2175 Light Horse Harry Road
Macungie, PA  18062

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee