# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Blanca M. Grim<br>           Jason N. Grim<br>                              Debtor(s) | CHAPTER 13 |
| Freedom Mortgage Corporation, its successors and/or assigns<br>                              Movant<br>           vs.<br>Blanca M. Grim<br>Jason N. Grim<br>                              Debtor(s)<br>Scott F. Waterman<br>                              Trustee | NO. 21-11892 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Freedom Mortgage Corporation, which was filed with the Court on or about **October 5, 2021, docket number 20**.

          Respectfully submitted,

          /s/ Rebecca A. Solarz, Esq.
          _____
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          Phone: (215)-627-1322

Dated: December 15, 2021