# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON N. GRIM | : | CHAPTER 13 |
| BLANCA M. GRIM | : | |
| Debtors | : | NO. 21-11892 |

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the Debtor's 1st Amended Plan by ECF , electronic mail and regular mail to the addresses indicated below:

Dated 12/14/21                          /s/ Paul H. Young
                                                    PAUL H. YOUNG, ESQUIRE
                                                    Attorney for Debtors

Trustee

U.S. Trustee's Office

All creditors as listed on matrix

Debtors