United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jason N. Grim  
Blanca M Grim  
    Debtors

Case No. 21-11892-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 03, 2022      Form ID: 155      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason N. Grim, Blanca M Grim, 2175 Light Horse Harry Road, Macungie, PA 18062-8449 |
| 14620537 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14620538 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14624808 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14622796 | + | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14620549 | + | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14620550 | + | RoundPoint Mortgage Servicing Corporatio, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14635707 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14620554 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14620553 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14624508 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2022 00:00:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14620535 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2022 00:00:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14620536 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2022 00:00:10 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14620539 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 03 2022 23:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14620540 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 03 2022 23:50:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14620544 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:11 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14620543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:04 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14620545 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 03 2022 23:50:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14620546 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 03 2022 23:50:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 14620547 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:20 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14620548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:04 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14635196 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 21-11892-pmm   Doc 35   Filed 03/05/22   Entered 03/06/22 00:28:56   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 155 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 03 2022 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14620541 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2022 00:00:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14620542 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2022 00:00:03 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14628745 | + | Email/Text: RASEBN@raslg.com | Mar 03 2022 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14631498 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2022 00:00:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14635792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14625052 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2022 23:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14620827 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620552 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:10 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 14620551 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:03 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14623608 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 04 2022 00:00:16 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Jason N. Grim cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 155 | Total Noticed: 32 |

CAMERON DEANE
    on behalf of Joint Debtor Blanca M Grim cdeane@ymalaw.com
    ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor Jason N. Grim support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

PAUL H. YOUNG
    on behalf of Joint Debtor Blanca M Grim support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jason N. Grim and Blanca M Grim
        Debtor(s)

Chapter: 13

Bankruptcy No: 21−11892−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 3, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

34
Form 155