| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-11892-PMM**

Jason N. Grim  
Blanca M Grim  
2175 Light Horse Harry Road  
Macungie  PA    18062

Petition Filed Date: 07/06/2021  
341 Hearing Date: 09/14/2021  
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2021 | $581.00 | | 09/10/2021 | $473.00 | | 10/08/2021 | $473.00 | |
| 11/08/2021 | $473.00 | | 12/09/2021 | $473.00 | | 01/10/2022 | $473.00 | |
| 02/08/2022 | $473.00 | | 03/08/2022 | $515.00 | | 04/08/2022 | $515.00 | |
| 05/09/2022 | $515.00 | | 06/08/2022 | $515.00 | | 07/12/2022 | $515.00 | |

**Total Receipts for the Period: $5,994.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,994.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP  »» 001 | Unsecured Creditors | $90.64 | $0.00 | $90.64 |
| 2 | AMERICAN EXPRESS NATIONAL BANK  »» 002 | Unsecured Creditors | $19,608.10 | $157.61 | $19,450.49 |
| 3 | BANK OF AMERICA NA  »» 003 | Unsecured Creditors | $40,085.61 | $322.23 | $39,763.38 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 004 | Unsecured Creditors | $1,020.78 | $0.00 | $1,020.78 |
| 5 | CHASE BANK USA NA  »» 005 | Unsecured Creditors | $7,707.81 | $61.96 | $7,645.85 |
| 6 | CHASE BANK USA NA  »» 006 | Unsecured Creditors | $44,538.76 | $358.04 | $44,180.72 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $29,218.89 | $234.87 | $28,984.02 |
| 8 | LVNV FUNDING LLC  »» 008 | Unsecured Creditors | $8,658.30 | $69.61 | $8,588.69 |
| 9 | LVNV FUNDING LLC  »» 009 | Unsecured Creditors | $3,898.59 | $22.20 | $3,876.39 |
| 10 | LVNV FUNDING LLC  »» 010 | Unsecured Creditors | $2,416.39 | $19.42 | $2,396.97 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC  »» 011 | Unsecured Creditors | $4,702.93 | $37.81 | $4,665.12 |
| 12 | FREEDOM MORTGAGE CORPORATION  »» 012 | Mortgage Arrears | $617.88 | $617.88 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES  »» 013 | Unsecured Creditors | $40,268.54 | $323.71 | $39,944.83 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |

Chapter 13 Case No. 21-11892-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,994.00 | Current Monthly Payment: | $514.01 |
| Paid to Claims: | $5,475.34 | Arrearages: | $550.07 |
| Paid to Trustee: | $500.60 | Total Plan Base: | $30,702.54 |
| Funds on Hand: | $18.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.