Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-11892-PMM**

Jason N. Grim  
Blanca M Grim  
2175 Light Horse Harry Road  
Macungie  PA    18062

Petition Filed Date: 07/06/2021  
341 Hearing Date: 09/14/2021  
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $515.00 | | 09/09/2022 | $515.00 | | 10/11/2022 | $515.00 | |
| 11/08/2022 | $515.00 | | 12/08/2022 | $515.00 | | 01/11/2023 | $515.00 | |
| 02/08/2023 | $515.00 | | 03/08/2023 | $515.00 | | 04/10/2023 | $515.00 | |
| 05/08/2023 | $515.00 | | 06/08/2023 | $515.00 | | 07/11/2023 | $515.00 | |

**Total Receipts for the Period: $6,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,689.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | T-MOBILE USA INC  »» 001 | Unsecured Creditors | $90.64 | $0.00 | $90.64 |
| 2 | AMERICAN EXPRESS NATIONAL BANK  »» 002 | Unsecured Creditors | $19,608.10 | $706.90 | $18,901.20 |
| 3 | BANK OF AMERICA NA  »» 003 | Unsecured Creditors | $40,085.61 | $1,445.23 | $38,640.38 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 004 | Unsecured Creditors | $1,020.78 | $32.06 | $988.72 |
| 5 | CHASE BANK USA NA  »» 005 | Unsecured Creditors | $7,707.81 | $277.88 | $7,429.93 |
| 6 | CHASE BANK USA NA  »» 006 | Unsecured Creditors | $44,538.76 | $1,605.81 | $42,932.95 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $29,218.89 | $1,053.42 | $28,165.47 |
| 8 | LVNV FUNDING LLC  »» 008 | Unsecured Creditors | $8,658.30 | $312.21 | $8,346.09 |
| 9 | LVNV FUNDING LLC  »» 009 | Unsecured Creditors | $3,898.59 | $131.50 | $3,767.09 |
| 10 | LVNV FUNDING LLC  »» 010 | Unsecured Creditors | $2,416.39 | $87.10 | $2,329.29 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC  »» 011 | Unsecured Creditors | $4,702.93 | $169.57 | $4,533.36 |
| 12 | FREEDOM MORTGAGE CORPORATION  »» 012 | Mortgage Arrears | $617.88 | $617.88 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES  »» 013 | Unsecured Creditors | $40,268.54 | $1,451.83 | $38,816.71 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |

Chapter 13 Case No. 21-11892-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,689.00 | Current Monthly Payment: | $514.01 |
| Paid to Claims: | $11,141.39 | Arrearages: | $23.19 |
| Paid to Trustee: | $1,061.95 | Total Plan Base: | $30,702.54 |
| Funds on Hand: | $485.66 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.