UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jason N. Grim<br>        Blanca M. Grim | : Chapter 13<br><br>: Bankruptcy No.  21-11892-PMM |

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 14 of Jefferson Capital Systems, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 14 of Jefferson Capital Systems, LLC. is disallowed.

BY THE COURT:

Dated: **July 24, 2025**

*Patricia M. Mayer*
_____
**Patricia M. Mayer, Bankruptcy Judge**