United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Jason N. Grim

Blanca M Grim

    Debtors

Case No. 21-11892-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | #+ | Blanca M Grim, 2175 Light Horse Harry Road, Macungie, PA 18062-8449 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Jason N. Grim, 2175 Light Horse Harry Road, Macungie, PA 18062-8449 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CAMERON DEANE | |
| | on behalf of Debtor Jason N. Grim cdeane@weltman.com  tkennedy@ymalaw.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 24, 2025 | Form ID: pdf900 | Total Noticed: 1

CAMERON DEANE
on behalf of Joint Debtor Blanca M Grim cdeane@weltman.com  tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Jason N. Grim support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
on behalf of Joint Debtor Blanca M Grim support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jason N. Grim                          :  Chapter 13
       Blanca M. Grim

                                 :  Bankruptcy No.  21-11892-PMM

## **<u>ORDER</u>**

        AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim

Number 14 of Jefferson Capital Systems, LLC. and any response, it is hereby ordered **t**hat the

Objection is sustained.

        The Proof of Claim No. 14 of Jefferson Capital Systems, LLC. is disallowed**.**

**BY THE COURT:**

Dated:  **July 24, 2025**

**Patricia M. Mayer, Bankruptcy Judge**