| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-11892-PMM**

Jason N. Grim                                           Petition Filed Date: 07/06/2021
Blanca M Grim                                           341 Hearing Date: 09/14/2021
2175 Light Horse Harry Road                             Confirmation Date: 03/03/2022
Macungie  PA    18062

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $515.00 | | 09/10/2024 | $515.00 | | 10/08/2024 | $515.00 | |
| 11/08/2024 | $515.00 | | 12/09/2024 | $515.00 | | 01/10/2025 | $515.00 | |
| 02/10/2025 | $515.00 | | 03/10/2025 | $515.00 | | 04/08/2025 | $515.00 | |
| 05/08/2025 | $515.00 | | 06/09/2025 | $515.00 | | 07/09/2025 | $515.00 | |

**Total Receipts for the Period: $6,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,049.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | T-MOBILE USA INC  »» 001 | Unsecured Creditors | $90.64 | $0.00 | $90.64 |
| 2 | AMERICAN EXPRESS NATIONAL BANK  »» 002 | Unsecured Creditors | $19,608.10 | $1,845.65 | $17,762.45 |
| 3 | BANK OF AMERICA NA  »» 003 | Unsecured Creditors | $40,085.61 | $3,773.36 | $36,312.25 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 004 | Unsecured Creditors | $1,020.78 | $81.47 | $939.31 |
| 5 | CHASE BANK USA NA  »» 005 | Unsecured Creditors | $7,707.81 | $725.55 | $6,982.26 |
| 6 | CHASE BANK USA NA  »» 006 | Unsecured Creditors | $44,538.76 | $4,192.54 | $40,346.22 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $29,218.89 | $2,750.42 | $26,468.47 |
| 8 | LVNV FUNDING LLC  »» 008 | Unsecured Creditors | $8,658.30 | $815.11 | $7,843.19 |
| 9 | LVNV FUNDING LLC  »» 009 | Unsecured Creditors | $3,898.59 | $367.01 | $3,531.58 |
| 10 | LVNV FUNDING LLC  »» 010 | Unsecured Creditors | $2,416.39 | $221.66 | $2,194.73 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC  »» 011 | Unsecured Creditors | $4,702.93 | $431.41 | $4,271.52 |
| 12 | FREEDOM MORTGAGE CORPORATION  »» 012 | Mortgage Arrears | $617.88 | $617.88 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES  »» 013 | Unsecured Creditors | $40,268.54 | $3,790.59 | $36,477.95 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC  »» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11892-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,049.00 | Current Monthly Payment: | $514.01 |
| Paid to Claims: | $22,862.65 | Arrearages: | ($0.57) |
| Paid to Trustee: | $2,146.00 | Total Plan Base: | $30,702.54 |
| Funds on Hand: | $40.35 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.