# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>Jason N Grim and Blanca M Grim<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JASON N GRIM AND BLANCA M GRIM,<br>    Debtors | Case No. 21-11892-pmm<br>Chapter 13 |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its NOTICE OF MORTGAGE PAYMENT CHANGE filed on October 30, 2025, Claim Number 12.

This 4th day of November, 2025.

                                                  */s/Andrew Spivack*
                                                  Andrew Spivack, PA Bar No. 84439
                                                  Mario Hanyon, PA Bar No. 203993
                                                  Ryan Srnik, PA Bar No. 334854
                                                  Jay Jones, PA Bar No. 86657
                                                  Attorney for Creditor
                                                  BROCK & SCOTT, PLLC
                                                  3825 Forrestgate Drive
                                                  Winston Salem, NC 27103
                                                  Telephone: (844) 856-6646
                                                  Facsimile: (704) 369-0760
                                                  E-Mail: PABKR@brockandscott.com

22-12727 BKSUP05

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>Jason N Grim and Blanca M Grim | Case No. 21-11892-pmm<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs. | |
| Jason N Grim and Blanca M Grim,<br>    Debtors | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that on November 3, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Withdrawal of Notice of Mortgage Payment Change

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>November 4, 2025</u>

                                                    */s/Andrew Spivack*
                                                    Andrew Spivack, PA Bar No. 84439
                                                    Mario Hanyon, PA Bar No. 203993
                                                    Ryan Srnik, PA Bar No. 334854
                                                    Jay Jones, PA Bar No. 86657
                                                    Attorney for Creditor
                                                    BROCK & SCOTT, PLLC
                                                    3825 Forrestgate Drive
                                                    Winston Salem, NC 27103
                                                    Telephone: (844) 856-6646
                                                    Facsimile: (704) 369-0760
                                                    E-Mail: PABKR@brockandscott.com

22-12727 BKSUP05

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Cameron Deane, Debtor's Attorney
520 Walnut Street
Suite 1355
Philadelphia, PA 19106
cdeane@weltman.com
Debtor's Attorney
Via:    ☒ CM/ECF       ☐ 1st Class Mail       ☐ Certified Mail       ☐ e-mail:
        ☐ Other:

Scott F. Waterman [Chapter 13],
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee
Via:    ☒ CM/ECF       ☐ 1st Class Mail       ☐ Certified Mail       ☐ e-mail:
        ☐ Other:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF       ☐ 1st Class Mail       ☐ Certified Mail       ☐ e-mail:
        ☐ Other:

Jason N Grim
2175 Light Horse Harry Road
Macungie, PA 18062
Debtor
Via:    ☐ CM/ECF       ☒ 1st Class Mail       ☐ Certified Mail       ☐ e-mail:
        ☐ Other:

Blanca M Grim
2175 Light Horse Harry Road
Macungie, PA 18062
Debtor
Via:    ☐ CM/ECF       ☒ 1st Class Mail       ☐ Certified Mail       ☐ e-mail:
        ☐ Other:

22-12727 BKSUP05