**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Jason N. Grim** |
| Debtor 2 (Spouse, if filing) | **Blanca M Grim** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-11892-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  FREEDOM MORTGAGE CORPORATION

**Court claim no.**  (if known):
12-2

**Last 4 digits** of any number you use to identify the debtor's account:   1   5   5   3

**Property Address:**   2175 LIGHT HORSE HARRY RD
Number        Street

MACUNGIE                                                   PA      18062
City                                                                State      ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 617.88 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 617.88 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 617.88 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $_____ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $_____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman                               Date   07/23/2026
_____                  _____
Signature

Trustee   Scott F. Waterman
          _____
          First Name          Middle Name          Last Name

Address   2901 St. Lawrence Avenue, Suite 100
          _____
          Number        Street

          Reading                          PA      19606
          _____
          City                             State   ZIP Code

Contact phone  (610) 779-1313          Email  info@ReadingCh13.com

| Debtor 1 | **Jason N. Grim** | | | Case Number **21-11892-PMM** | | | Page 1 |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 12-2 | ROUNDPOINT MORTGAGE SI | Pre-Petition Arrears | 03/18/2022 | 17227711 | Disbursement To Creditor/Principal | 348.20 |
| 12-2 | ROUNDPOINT MORTGAGE SI | Pre-Petition Arrears | 04/22/2022 | 17228736 | Disbursement To Creditor/Principal | 269.68 |
| | | | | | Total for Claim Number 12-2: | 617.88 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **617.88** |