Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jason N. Grim
Blanca M Grim
2175 Light Horse Harry Road
Macungie, PA 18062

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 21-11892-PMM**

Petition Filed Date: 07/06/2021
341 Hearing Date: 09/14/2021
Confirmation Date: 03/03/2022

Case Status: Completed on 7/ 8/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $515.00 | | 09/09/2025 | $515.00 | | 10/08/2025 | $515.00 | |
| 11/10/2025 | $515.00 | | 12/08/2025 | $515.00 | | 01/09/2026 | $515.00 | |
| 02/09/2026 | $515.00 | | 03/09/2026 | $515.00 | | 04/08/2026 | $515.00 | |
| 05/11/2026 | $515.00 | | 06/08/2026 | $515.00 | | 07/08/2026 | $515.00 | |

**Total Receipts for the Period: $6,180.00 Amount Refunded to Debtor Since Filing: $11.46 Total Receipts Since Filing: $30,714.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | T-MOBILE USA INC<br>»» 001 | Unsecured Creditors | $90.64 | $10.86 | $79.78 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $19,608.10 | $2,352.72 | $17,255.38 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $40,085.61 | $4,810.04 | $35,275.57 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $1,020.78 | $122.55 | $898.23 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $7,707.81 | $924.90 | $6,782.91 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $44,538.76 | $5,344.39 | $39,194.37 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $29,218.89 | $3,506.06 | $25,712.83 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $8,658.30 | $1,039.00 | $7,619.30 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $3,898.59 | $467.79 | $3,430.80 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $2,416.39 | $289.97 | $2,126.42 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $4,702.93 | $564.35 | $4,138.58 |
| 12 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $617.88 | $617.88 | $0.00 |

**Chapter 13 Case No. 21-11892-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $40,268.54 | $4,832.00 | $35,436.54 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Jason N. Grim | Debtor Refunds | $11.46 | $11.46 | $0.00 |
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | COMMONWEALTH FINANCIAL SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,714.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $28,143.97 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,570.03 | Total Plan Base: | $30,702.54 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.