Certificate Number: 03621-PAE-DE-041493895

Bankruptcy Case Number: 21-11892

03621-PAE-DE-041493895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 8:56 o'clock AM EDT, Blanca Grim completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 28, 2026

By: /s/Nicola ButtsWimpel

Name: Nicola ButtsWimpel

Title: Credit Counselor